UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YAO KOUAKOU,

                 Plaintiff,

-against-

GREAT PERFORMANCES, INC.

                 Defendant.

------------------------------------------------------------x

09 Civ. 4502 (LAK) (THK)

NOTICE OF MOTION
FOR DISPLACEMENT
OF ATTORNEY AND
LEAVE TO AMEND
THE COMPLAINT

PLEASE TAKE NOTICE that upon the annexed affirmation of MATTHEW H. GOLDSMITH, Esq., the annexed exhibit, and upon the pleadings had heretofore, plaintiff YAO KOUAKOU moves this Court for an Order for: 1) the displacement of the current attorney of record for plaintiff, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, and 2) leave to amend the pleadings, namely the *pro se* complaint, pursuant to the Federal Rules of Civil Procedure, Rule 15(a)(1).

Dated: New York, New York
       September 21, 2009

Goldsmith & Associates, PLLC
Attorneys for Plaintiff

By: _____
MATTHEW H. GOLDSMITH (MHG-0710)
350 Broadway
10th Floor
New York, NY 10016
(212) 217-1594
fax (212) 226-3224

[Handwritten: This case is to be designated an ECF case.]

[Handwritten: The motion is granted. Mr. Matthew H. Goldsmith is substituted as Plaintiff's counsel. Leave to file an Amended Complaint is granted nunc pro tunc. This Order resolves the motion docketed as Entry #14.]

[Handwritten date: 10/22/09]

**SO ORDERED**

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

To:  **KANE KESSLER, P.C.**
Attorneys for Great Performances, Inc.
Lois Traub (LMT-9977)
1350 Avenue of the Americas
New York, NY 10019-4896
(212) 519-5120